IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| URETEK (USA), Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-3060 |
| | § | |
| URETEKNOLOGIA de MEXICO S.A. de C.V., | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

The attached Court's Instructions to the Jury at Conclusion of Trial was charged to the jury on even date and is to be entered in the record.

SIGNED on April 17, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge